May 9, 1980.

427 A.2d 241

Wallace et al. v. Septa et al.

Bowens v. Septa et al.

Davis v. Septa et al.

Appeal of Septa.

Reargument Denied Aug. 19, 1980.

Argued June 25, 1979. Norman Hegge, Jr., for appellant; Morrie N. Becker for Wallace et al., appellees (at No. 1647). Phillip M. Gilligan, for Wallace, appellee (at Nos. 1647, 1648 and 1649). Drew S. Doreman, for Bowens, appellee (at No. 1648), Albert M. Hankin, for Davis, appellee (at No. 1649).

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgments affirmed.

WIEAND, J., filed a memorandum concurring statement.

* Judge Donald E. Wieand is sitting by special designation. President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

This decision was reached following the death of Robinson, J.